446 A.2d 705

Commonwealth v. St. Clair a/k/a Tynes a/k/a Thomas, Appellant.

Submitted May 12, 1981.

Stephen P. Pairizio, Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.